IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIO R. LARRANAGA,

      Plaintiff,

vs.                                       CIV NO. 1:21-cv-01097-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 13) to file her Answer or otherwise respond to Plaintiff's Complaint, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until March 14, 2022, to file her Answer or otherwise respond to Plaintiff's Complaint

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
FELIZ M. MARTONE
Attorney for Plaintiff